## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

**v.**

| | |
|---|---|
| **D-1** | **STEPHEN BROWN,** **A.K.A. "STEPH,"** |

Case:2:16-cr-20143
Judge: Cohn, Avern
MJ: Whalen, R. Steven
Filed: 03-08-2016 At 01:23 PM
SEALED MATTER (DP)

**D-1   STEPHEN BROWN,**
         **A.K.A. "STEPH,"**

**D-2   DEAUTA BELCHER,**
         **A.K.A. "BYRD,"**

18 U.S.C. § 1513(a)(1)(B)
18 U.S.C. § 1513(f)
18 U.S.C. § 1958

**D-3   ANDRE WATSON,**
         **A.K.A. "LIL STUNNA,"**

**D-4   DARNELL BAILEY,**
         **A.K.A. "GINO,"**

**D-5   BILLIE CHAMBERS, JR.,**

         **Defendants.**

_____/

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

 (18 U.S.C. § 1513(a)(1)(B) –Retaliating Against a Witness, Victim, or an Informant)

D-1   Stephen Brown,
D-2   Deauta Belcher,
D-3   Andre Watson,
D-4   Darnell Bailey,
D-5   Billie Chambers, Jr.

On or about September 11, 2015, in the Eastern District of Michigan, Southern

Division, the defendants, STEPHEN BROWN, DEAUTA BELCHER, ANDRE

WATSON, DARNELL BAILEY, and BILLIE CHAMBERS, JR., killed Devin

Wallace with the intent to retaliate against him for providing to a law enforcement

officer information relating to the commission or possible commission of a federal

offense, in violation of 18 U.S.C. §§ 1513(a)(1)(B) and 2.

## COUNT TWO

(18 U.S.C. § 1513(f) – Conspiracy to
Retaliate Against a Witness, Victim, or an Informant)

D-1   Stephen Brown,
D-2   Deauta Belcher,
D-3   Andre Watson,
D-4   Darnell Bailey,
D-5   Billie Chambers, Jr.

In or about September of 2015, in the Eastern District of Michigan, Southern

Division, the defendants, STEPHEN BROWN, DEAUTA BELCHER, ANDRE

WATSON, DARNELL BAILEY, BILLIE CHAMBERS, JR., conspired together and

with others both known and unknown to the grand jury, to kill Devin Wallace, with

the intent to retaliate against him for providing to a law enforcement officer

information relating to the commission of federal offenses, in violation of 18 U.S.C. §

1513(f).

Background of the Conspiracy

1.      In August of 2013, agents with the Drug Enforcement Administration (DEA)

confronted victim Devin Wallace about his drug trafficking activities. Wallace

2

admitted, among other things, that he trafficked controlled substances and identified other co-conspirators.

2.      After the initial meeting in August, Wallace again met with DEA agents to discuss his trafficking of controlled substances. Wallace again identified his co-conspirators and other information that furthered the DEA's investigation.

3.      The cooperation provided by Wallace assisted in the prosecution of other drug traffickers, and it became commonly known that Wallace was cooperating with law enforcement.

### Manner and Means

The manner, means, and methods employed by the defendants, STEPHEN BROWN, DEAUTA BELCHER, ANDRE WATSON, DARNELL BAILEY, and BILLIE CHAMBERS, JR., and others known and unknown to the grand jury, to effect the object of the conspiracy were as follows:

1.      DEATUA BELCHER agreed to pay STEPHEN BROWN a sum of U.S. currency to murder Devin Wallace because of his cooperation with the DEA.

2.      DARNELL BAILEY and DEAUTA BELCHER arranged to meet with Devin Wallace on the afternoon of September 11, 2015, at the They Say restaurant located at 267 Joseph Campau Avenue, in Detroit, Michigan.

3

3.      On September 11, 2015, BILLIE CHAMBERS, JR. agreed to drive STEPHEN BROWN and ANDRE WATSON to the They Say restaurant in order to accomplish the murder of Devin Wallace.

4.      On September 11, 2015, DARNELL BAILEY approached Devin Wallace, who was parked outside the They Say restaurant in his white Mercedes Benz sedan, and stood beside the vehicle and talked to Wallace to stall him so that accomplices would know where to find him.

5.      On September 11, 2015, STEPHEN BROWN and DEAUTE BELCHER contacted each other by phone both shortly before and after the murder of Devin Wallace.

6.      On September 11, 2015, STEPHEN BROWN and BILLIE CHAMBERS, JR. contacted each other by phone on multiple occasions before the murder of Devin Wallace.

7.      On September 11, 2015, at approximately 5:00 p.m., BILLIE CHAMBERS, JR., drove a black Dodge Charger, with STEPHEN BROWN and ANDRE WATSON as passengers, to the They Say restaurant.

8.      On September 11, 2015, STEPHEN BROWN and ANDRE WATSON fired multiple shots at Devin Wallace.

9.      On September 11, 2015, DEAUTE BELCHER gave a false statement to the responding Detroit Police investigators.

4

## COUNT THREE

(18 U.S.C. § 1958 – Use of Interstate Commerce
Facilities in the Commission of Murder-for-Hire)

D-1   Stephen Brown,
D-2   Deauta Belcher,
D-3   Andre Watson,
D-4   Darnell Bailey,
D-5   Billie Chambers, Jr.

On or about September 11, 2015, in the Eastern District of Michigan, Southern

Division, the defendants, STEPHEN BROWN, DEAUTA BELCHER, ANDRE

WATSON, DARNELL BAILEY, and BILLIE CHAMBERS, JR., used and caused

another to use a facility of interstate or foreign commerce, to wit: the telephone, with

intent that the murder of Devin Wallace be committed in violation of the laws of the

State of Michigan or the United States, and as consideration for a promise and

agreement to pay, things of pecuniary value, to wit: United States currency, all in

violation of 18 U.S.C. §§ 1958 and 2.

## FORFEITURE ALLEGATIONS

Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby provides notice to the

defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or

property traceable thereto, all property that facilitated the commission of the

5

violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.`

**THIS IS A TRUE BILL**.

*/s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

BARBARA L. MCQUADE
United States Attorney

*/s/Christopher Graveline*
CHRISTOPHER GRAVELINE
Chief, Violent and Organized Crimes Unit


*/s/Eric Doeh*
ERIC DOEH
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9569
eric.doeh@usdoj.gov

*/s/Tare Wigod*
TARE WIGOD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 225-9191
tare.wigod@usdoj.gov


*/s/Shane Cralle*
SHANE CRALLE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9551
shane.cralle@usdoj.gov


Dated:  March 8, 2016

# ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008    **[ ]**

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☐ No | AUSA's Initials: |

**Case Title:** USA v. Stephen Brown, et. al.

**County where offense occurred :** Wayne

**Check One:** ☑ Felony     ☐ Misdemeanor     ☐ Petty

   ✓ Indictment/____ Information --- **no** prior complaint.
   ____ Indictment/____ Information --- based upon prior complaint [Case number:            ]
   ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

   ☐ Original case was terminated; no additional charges or defendants.
   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 8, 2016
_____
Date

ERIC DOEH
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9569
Fax: 313-226-3265
E-Mail address: Eric.Doeh@usdoj.gov
Attorney Bar #: P-69652

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

04/13